IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01853-WYD-BNB

SANFORD B. SCHUPPER,

       Plaintiff,

v.

ROBYN CAFASSO, in her individual and official capacity,
WILLIAM EDIE, in his individual and official capacity,
JEANNE SMITH, in her individual and official capacity,
DAVID ZOOK, in his individual and official capacity,
JOHN NEWSOME, in his individual and official capacity,
DAN MAY, in his individual and official capacity,
LINDA DIX, in her individual and official capacity,
RAYMOND SANTISTEVEN, in his individual and official capacity,
RONALD WILKINS, in his individual and official capacity,
ANDREA WALTON, in her individual and official capacity,
DEBBI PARR, in her individual and official capacity,
JOHN RUSZCZYK. in his individual and official capacity, and
JOHN DOE, JANE DOES, DOES I - X,

       Defendants.

## ORDER TO CURE DEFICIENCY

Boland, Magistrate Judge

Plaintiff submitted a Notice of Appeal on September 22, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted

1

    __ is not on proper form (must use the court's current form)
    __ is missing original signature by plaintiff/petitioner on motion
    __ is missing affidavit
    __ affidavit is incomplete
    __ is missing original signature by plaintiff/petitioner on affidavit
    __ affidavit is not notarized or is not properly notarized
    __ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

Dated September 23, 2010.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge