IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01853-WYD-BNB

SANFORD B. SCHUPPER,

    Plaintiff,

v.

ROBYN CAFASSO, in his individual and official capacity,
WILLIAM EDIE, in his individual and official capacity,
JEANIE SMITH, in her individual and official capacity,
DAVID ZOOK, in his individual and official capacity,
JOHN NEWSOME, in his individual and official capacity,
DAN MAY, in his individual and official capacity,
LINDA DIX, in her individual and official capacity,
RAYMOND SANTISTEVAN, in his individual and official capacity,
RONALD WILKINS, in his individual and official capacity,
ANDREA WALTON, in her individual and official capacity,
DEBBI PARR, in her individual and official capacity,
JOHN RUSZCZYK, in his individual and official capacity, and
JOHN DOE, JANE DOES, DOES 1 - X,

    Defendants.

**ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On or before **Tuesday, July 24, 2012**, Defendants shall respond to Plaintiff's contention that he has not received documents sent by the Clerk of Court as noted in his various Notices of Non-Receipt of Documents Pursuant to 14 February 2012 Order (ECF Nos. 121, 124, and 129) and letters (ECF Nos. 122 and 125-128), and his request for an extension of time to file a motion for reconsideration as set forth in the Order of February 14, 2012.  If applicable, Defendants shall also provide suggested solutions for how to ensure that Plaintiff receives the relevant documents in this case.

    Dated:  July 6, 2012