# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01853-WYD-NYW

SANFORD B. SCHUPPER,

    Plaintiff,

v.

ROBYN CAFASSO,
WILLIAM EDIE,
JEANNE SMITH,
DAVID ZOOK,
JOHN NEWSOME,
DAN MAY,
LINDA DIX
RAYMOND SANTISTEVAN,
RONALD WILKINS,
ANDREA WALTON,
DEBBI PARR,
JOHN RUSZCZYK (all in their individual and official capacities), and
JOHN DOE, JANE DOES, DOES I-X,

    Defendants.

---

# MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This matter is before the court on Defendants' Joint Motion to Stay Discovery and Vacate Scheduling Conference (the "Motion"). [#220, filed Feb. 11, 2016]. The undersigned Magistrate Judge considers the Motion pursuant to the Order of Reference dated August 6, 2010 [#2], the Order dated September 30, 2015 [#187], and the Memorandum dated February 12, 2016 [#220].

    The court has carefully considered Defendants' arguments in the Motion, the applicable case law, and the history of this case. Accordingly, **IT IS ORDERED** that:

    (1)    Defendants' Joint Motion to Stay Discovery and Vacate Scheduling Conference [#220] is **GRANTED IN PART** and **DENIED IN PART**; and

(2)  The Scheduling Conference previously set for February 26, 2016 is **VACATED** and reset for **May 6, 2016 at 10:00 a.m.**

DATED: February 17, 2016