# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01853-WYD-NYW

SANFORD B. SCHUPPER,

    Plaintiff,

v.

ROBYN CAFASSO,
WILLIAM EDIE,
JEANNE SMITH,
DAVID ZOOK,
JOHN NEWSOME,
DAN MAY,
LINDA DIX
RAYMOND SANTISTEVAN,
RONALD WILKINS,
ANDREA WALTON,
DEBBI PARR,
JOHN RUSZCZYK (all in their individual and official capacities), and
JOHN DOE, JANE DOES, DOES I-X,

    Defendants.

---

## MINUTE ORDER

Entered by Magistrate Judge Nina Y. Wang

    This matter is before the court on Defendants' Supplemental Joint Motion to Stay Discovery and Vacate Scheduling Conference (the "Motion"). [#226, filed Apr. 14, 2016]. The undersigned Magistrate Judge considers the Motion pursuant to the Order of Reference dated August 6, 2010 [#2], the Order dated September 30, 2015 [#187], and the Memorandum dated April 14, 2016 [#227].

    The court has carefully considered Defendants' arguments in the Motion, the applicable case law, and the history of this case. Accordingly, **IT IS ORDERED** that:

    (1)    Defendants' Joint Motion to Stay Discovery and Vacate Scheduling Conference [#220] is **GRANTED IN PART and DENIED IN PART**;

(2) The Scheduling Conference previously set for May 6, 2016 is **VACATED**;

(3) Discovery is **STAYED** pending a Recommendation on the State Defendants' Renewed Motion to Dismiss [#223] and the District Attorney Defendants' Motion to Dismiss Plaintiff's Complaint with Supplements (Docs. 1, 30, 49) [#202] (collectively, the "Motions to Dismiss"); and

(4) To the extent that the Recommendation contemplates any claim surviving in this action, Defendants must contact Magistrate Judge Wang's Chambers at (303) 335-2600 within 7 days of such Recommendation to set a new date and time for the Scheduling Conference.

DATED: April 21, 2016